## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED EXPORTS SALES AND MARKETING LLC, | Case No. 24-cv-61097-DAMIAN |
| Plaintiff, | |
| - against - | |
| FRESH RESULTS, LLC, ERIC R. CRAWFORD and DOUGLAS J. RANNO, | |
| Defendants. | |

## <u>AGREED MOTION FOR EXTENSION OF COMMENCEMENT OF DISCOVERY</u>

Plaintiff United Exports Sales and Marketing LLC ("Plaintiff"), by and through undersigned counsel, pursuant to Fed. R. Civ. P. 16 and 26 and Local Civil Rules 7.1(a)(1)(J), 16.1(c) and 16.1(d), and with the consent of defendants Fresh Results, LLC, Eric R. Crawford and Douglas J. Ranno (collectively, "Defendants"), hereby moves this Court for a 120-day extension of the deadlines for the parties to conduct the discovery planning conference required by Fed. R. Civ. P. 26(f), submit the Scheduling Order required by Fed. R. Civ. P. 16(b) and Local Civil Rule 16.1(b), participate in the pretrial conference required by Local Civil Rule 16.1(c) and serve the disclosures required by Fed. R. Civ. P. 26(a) and Local Civil Rule 16(d).  In support of this agreed motion, Plaintiff submits as follows:

1.     On August 6, 2024, this Court entered a Preliminary Injunction Order Supplementing Omnibus Order Following July 16, 2024 Hearing (Docket No. 41) (the "PI Order") which, in relevant part, requires Defendants to provide Plaintiff with extensive and detailed financial documentation for the eighteen months preceding the July 16, 2024 preliminary injunction hearing, and to provide monthly updates on those disclosures.

2.     To date, with some minor exceptions that the parties are amicably working in good

- 1 -

faith to resolve. Defendants have complied with the document production requirements set forth in the PI Order.

3.     As a result, much of the discovery that would have been exchanged pursuant to the applicable Federal Rules has already been produced and will be produced in the future by operation of the PI Order.

4.     In addition, over the last four weeks, Defendants have paid Plaintiff $493,952.76.  At the current rate of payment, Defendants could conceivably satisfy their debt to Plaintiff within the next four months.  In furtherance of those efforts, Defendants have, with Plaintiff's consent, engaged the services of restructuring firm that is working diligently to recapitalize Fresh Results and restructure its finances so that it can satisfy its obligations to Plaintiff and emerge from this process as a viable company.

5.     Requiring the parties to engage in discovery at this point in the litigation will require them to incur legal fees and devote considerable time towards discovery, drawing resources away from Fresh Results' restructuring efforts.

6.     In light of these facts, the parties respectfully submit that an extension of the discovery deadlines imposed by the Federal and Local Civil Rules is appropriate.  The parties are optimistic that Defendants' debt to Plaintiff can be satisfied within the next 120 days, and so request that the discovery deadlines be extended for that period in the hope that no discovery will be necessary in this case.

7.     The parties further suggest that they be required to submit status reports every thirty days during the pendency of the extension to keep the court informed of the status of Defendants' compliance with the PI Order and any other issues that may arise.

Based on the good cause demonstrated above, the parties jointly, respectfully request an

extension of the discovery deadlines as set forth above and that they be granted such other and further relief as the Court deems just under the circumstances.

Dated:  August 23, 2024

Furr and Cohen, P.A.

By:  \_\_/s/ Marc Barmat_____
Marc Barmat
Florida Bar No. 0022365
One Boca Place
2255 Glades Road, Suite 419 A
Boca Raton, Florida 33431
(561) 395-0500
mbarmat@furrcohen.com

- and -

McCarron & Diess
Gregory Brown
NY Bar No. 4366498 (*pro hac vice*)
200 Broadhollow Road, Suite 207
Melville, New York 11747
(631) 425-8110
gbrown@mccarronlaw.com
Attorneys for Plaintiff